No. 745. MOSKOW ET AL. *v.* BOSTON REDEVELOPMENT AUTHORITY ET AL. Sup. Jud. Ct. Mass. Certiorari denied. *James W. Kelleher* and *Edgar L. Kelley* for petitioners. *Lewis H. Weinstein* and *Loyd M. Starrett* for Boston Redevelopment Authority; *William H. Kerr* for the City of Boston et al.; *Edward W. Brooke,* Attorney General of Massachusetts, and *David Berman,* Assistant Attorney General, for the Director of the Division of Urban Renewal; and *Richard Wait* for New England Merchants National Bank of Boston et al., respondents.

No. 746. RAINEY ET AL. *v.* GEORGE A. FULLER Co. ET AL. Sup. Ct. Cal. Certiorari denied. *Phill Silver* for petitioners.

No. 747. MACK *v.* BRENNER, COMMISSIONER OF PATENTS. C. C. P. A. Certiorari denied. *Henry Gifford Hardy* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Harvey L. Zuckman* for respondent.

No. 748. BERNER ET AL., EXECUTORS *v.* BRITISH COMMONWEALTH PACIFIC AIRLINES, LTD., ET AL. C. A. 2d Cir. Certiorari denied. *T. Roland Berner, M. Victor Leventritt* and *Aaron Lewittes* for petitioners. *Austin P. Magner* and *George N. Tompkins, Jr.,* for respondents.

No. 756. DAVID ET UX. *v.* PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Fentress Bracewell* and *John M. Robinson* for petitioners. *Solicitor General Marshall* and *Acting Assistant Attorney General Roberts* for respondent.